IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FINANCIAL FEDERAL CREDIT INC.                                                    PLAINTIFF

VS.                                       CIVIL NO. 08-CV-4079

EUDY FORESTRY SERVICES, INC., et al.                                          DEFENDANTS

## ORDER FOR DELIVERY

## TO THE UNITED STATES MARSHAL:

On this 23rd day of October, 2008, comes on for hearing the above-styled case. Richard L. Ramsay appeared for the Plaintiff, Financial Federal Credit, Inc.; Robert L. Depper, Jr. appeared on behalf of Defendants, Eudy Forestry Services, Inc., Brian S. Eudy and Anthony D. Eudy. Upon reviewing the facts, documents and other evidence presented, the Court hereby finds:

I.  Financial Federal Credit, Inc. has a security interest in the collateral at issue pursuant to a Security Agreement, Promissory note its related financing documents.

II.  The account is in default.

III.  Financial Federal Credit, Inc. is therefore entitled to an Order for Delivery.

IV.  The below described property is believed to be in the possession of the Defendant, Anthony D. Eudy at **933 Possum Hollow Road, Dierks, Arkansas**. Delivery of such property will be made on or before October 30, 2008.

**One (1) D6RLGP Caterpillar Crawler Tractor, Serial No. 9PN01361**
**One (1) CHN613 2006 Mack Truck Tractor, Serial No. 1M2AJ07Y46N002404**

V.  Defendants timely responded to the Notice of petition for Order for Delivery which

was served with the Complaint. Defendants admitted to the debt but did not waive his rights to contest the remaining allegations in the Complaint.

    VI.    The requirement that Financial Federal Credit, Inc. post a Bond for Delivery has been waived.

Pursuant to Ark. Code Ann. § 18-60-813, you are commanded to assist Financial Federal Credit, Inc., or its authorized representative, in obtaining possession of the above described property. You may use all reasonable and necessary force to enter the above premises to replevin the property. The waiver of the Bond for security by the Court shall be sufficient security for the execution of this Order.

IT IS SO ORDERED.

_____
HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 3 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK