IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FINANCIAL FEDERAL CREDIT INC.                          PLAINTIFF

VS.                          CASE NO. 08-CV-4079

EUDY FORESTRY SERVICES, INC.,
BRIAN S. EUDY, ANTHONY D. EUDY,
and FIRST STATE BANK OF DE QUEEN                          DEFENDANTS

## **ORDER**

Before the Court is a Motion to Dismiss without Prejudice filed on behalf of the Plaintiff Financial Federal Credit Inc. (Doc. No. 27). In the motion, Plaintiff seeks a dismissal of its Complaint without prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure. No response to the motions has been filed. Upon consideration, the Court finds that Plaintiff's motion should be and hereby is **granted.** Accordingly, Plaintiff's claims against all Defendants in the above styled and numbered case are hereby dismissed without prejudice.

IT IS SO ORDERED, this 11th day of March, 2010.

                                                      /s/Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge